# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS BEAUCHAINE,<br><br>Defendant. | MEMORANDUM DECISION<br>AND ORDER<br><br>Case No. 2:05CR895DAK |

Defendant Dennis Beauchaine has filed a motion for early termination of his supervised release. Defendant was sentenced to eighty-four months incarceration and a term of forty-eight months of supervised release. Defendant began serving his supervised release in July 2012, after spending six months in a half-way house. Defendant's term of supervised release is not set to terminate until July 2016.

Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The factors to be considered in Section 3553(a) are those factors to be considered in imposing a sentence, including "the nature and circumstances of the offense and the history and characteristics of the defendant," the applicable sentencing guidelines and any

policy statements issued by the Sentencing Commission, and the need for the sentence imposed to promote respect for the law, to provide just punishment, to deter other criminal conduct, and to provide the defendant with needed services. *See* 18 U.S.C. § 3553(a).

Defendant moved for early termination six months ago and the court denied it as premature. Although Defendant had met all of his responsibilities and performed well on supervised release, the court concluded that Defendant should serve half of his term of supervised release before the court considered early termination. Over the subsequent six months, Defendant continued his excellent performance. In addition, Defendant has become a father and his goal is to be a good example to his son. Defendant's consistent and responsible conduct demonstrates that he has turned his life around and is able to meet his obligations and responsibilities without supervision. Accordingly, Defendant's motion for early termination of supervised release is GRANTED.

DATED this 12th day of September, 2014.

DALE A. KIMBALL
United States District Judge